# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:14–cv–00009–SLR

| | |
|---|---|
| Sebastian Brown Productions LLC v. Muzooka Inc. et al | Date Filed: 01/06/2014 |
| Assigned to: Judge Sue L. Robinson | Date Terminated: 04/15/2015 |
| Cause: 15:1121 Trademark Infringement | Jury Demand: Plaintiff |
| | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Sebastian Brown Productions LLC**     represented by     **Julia Heaney**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658–9200
Email: jhefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regina S.E. Murphy**
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
302–300–3475
Email: regina.murphy@btlaw.com
*TERMINATED: 12/22/2014*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Muzooka Inc.**     represented by     **David L. Finger**
Finger & Slanina LLC
One Commerce Center
1201 North Orange Street, 7th Floor
Wilmington, DE 19801–1186
(302) 573–2525
Fax: (302) 573–2524
Email: dfinger@delawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shawn Wilson**     represented by     **David L. Finger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Chester Aldridge** | represented by | **David L. Finger** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Ivory Octaves LLC** | represented by | **David L. Finger** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2014 | 1 | COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION filed with Jury Demand against Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311–1435745.) – filed by Sebastian Brown Productions LLC. (Attachments: # 1 Exhibit A–L, # 2 Civil Cover Sheet)(cla, ) (Entered: 01/07/2014) |
| 01/06/2014 | 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (cla, ) (Entered: 01/07/2014) |
| 01/06/2014 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) 4,419.977;. (cla, ) (Entered: 01/07/2014) |
| 01/06/2014 | 4 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Sebastian Brown Productions LLC. (cla, ) (Entered: 01/07/2014) |
| 01/07/2014 | | Summons Issued with Magistrate Consent Notice attached as to Chester Aldridge on 1/7/2014; Ivory Octaves LLC on 1/7/2014; Muzooka Inc. on 1/7/2014; Shawn Wilson on 1/7/2014. (cla, ) (Entered: 01/07/2014) |
| 01/08/2014 | | Case Assigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 01/08/2014) |
| 01/08/2014 | 5 | SUMMONS Returned Executed by Sebastian Brown Productions LLC. Muzooka Inc. served on 1/8/2014, answer due 1/29/2014. (Murphy, Regina) (Entered: 01/08/2014) |
| 02/25/2014 | 6 | SUMMONS Returned Executed by Sebastian Brown Productions LLC. Chester Aldridge served on 1/31/2014, answer due 2/21/2014. (Murphy, Regina) (Entered: 02/25/2014) |
| 02/25/2014 | 7 | SUMMONS Returned Executed by Sebastian Brown Productions LLC. Ivory Octaves LLC served on 1/31/2014, answer due 2/21/2014. (Murphy, Regina) (Entered: 02/25/2014) |
| 02/25/2014 | 8 | SUMMONS Returned Executed by Sebastian Brown Productions LLC. Shawn Wilson served on 1/31/2014, answer due 2/21/2014. (Murphy, Regina) (Entered: 02/25/2014) |
| 06/05/2014 | 9 | STATEMENT *[Request For Clerk To Enter Default Judgment For Failure To Plead Or Otherwise Defend]* by Sebastian Brown Productions LLC. (Attachments: # 1 Exhibits A through D)(Murphy, Regina) (Entered: 06/05/2014) |
| 06/05/2014 | 10 | MOTION for Default Judgment as to All Defendants – filed by Sebastian Brown Productions LLC. (Attachments: # 1 Exhibits A through D)(Murphy, Regina) (Entered: 06/05/2014) |
| 06/06/2014 | 11 | (SET ASIDE PER THE SO ORDERED OF D.I. 12 ON 6/11/2014)Clerk's ENTRY OF DEFAULT IN APPEARANCE as to All Defendants (nmfn) Modified on 6/11/2014 (fms). (Entered: 06/06/2014) |

| | | |
|---|---|---|
| 06/06/2014 | ï | Copies of D.I. 11 mailed to defendants at the addresses listed on the summons. (nmfn) (Entered: 06/06/2014) |
| 06/10/2014 | ï 12 | STIPULATION to Set Aside Clerk's Entry of Default re 11 Clerk's Entry of Default by Chester Aldridge, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 06/10/2014) |
| 06/10/2014 | ï 13 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Improper Venue , MOTION to Dismiss for Lack of Jurisdiction Over the Person , MOTION to Dismiss for Insufficiency of Service of Process , MOTION to Transfer Case to Northern District of California – filed by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Attachments: # 1 Text of Proposed Order)(Finger, David) (Entered: 06/10/2014) |
| 06/10/2014 | ï 14 | OPENING BRIEF in Support re 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California filed by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson.Answering Brief/Response due date per Local Rules is 6/27/2014. (Finger, David) (Entered: 06/10/2014) |
| 06/10/2014 | ï 15 | DECLARATION re 14 Opening Brief in Support, 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California *(Declaration of Shawn Wilson)* by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 06/10/2014) |
| 06/10/2014 | ï 16 | DECLARATION re 14 Opening Brief in Support, 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California *(Declaration of Chester Aldridge)* by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 06/10/2014) |
| 06/10/2014 | ï 17 | DECLARATION re 14 Opening Brief in Support, 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California *(Declaration of Otto O. Lee)* by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 06/10/2014) |
| 06/11/2014 | ï | SO ORDERED, re 12 Stipulation to Set Aside Clerk's Entry of Default re 11 Clerk's Entry of Default filed by Shawn Wilson, Muzooka Inc., Chester Aldridge. Signed by Judge Sue L. Robinson on 6/11/2014. (fms) (Entered: 06/11/2014) |
| 06/16/2014 | ï 18 | Return of Undeliverable Mail (Copy of D.I. 11 ) sent to Muzooka, Inc. Return to Sender; Not Deliverable as Addressed. Unable to Forward. (fms) (Entered: 06/17/2014) |
| 06/25/2014 | ï 19 | Joint STIPULATION TO EXTEND TIME to respond to Motion to Dismiss, and in the Alternative, to Transfer Venue (D.I. 13) and to submit a corresponding reply to July 11, 2014 (Plaintiffs response) and July 28, 2014 (Defendants reply) – filed by Sebastian Brown Productions LLC. (Murphy, Regina) (Entered: 06/25/2014) |
| 06/26/2014 | ï | SO ORDERED re 19 Stipulation filed by Sebastian Brown Productions LLC, Set Briefing Schedule: re 13 MOTION (Answering Brief due 7/11/2014., Reply Brief due 7/28/2014.). Signed by Judge Sue L. Robinson on 6/26/2014. (fms) (Entered: 06/26/2014) |
| 07/11/2014 | ï 20 | MOTION for Pro Hac Vice Appearance of Attorney Anthony H. Handal of HANDAL & MOROFSKY LLC – filed by Sebastian Brown Productions LLC. (Murphy, Regina) (Entered: 07/11/2014) |

| | | |
|---|---|---|
| 07/11/2014 | 21 | Disclosure Statement pursuant to Rule 7.1: No Parents or Affiliates Listed filed by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 07/11/2014) |
| 07/11/2014 | Ï | SO ORDERED, re 20 MOTION for Pro Hac Vice Appearance of Attorney Anthony H. Handal of HANDAL & MOROFSKY LLC filed by Sebastian Brown Productions LLC. Signed by Judge Sue L. Robinson on 7/11/2014. (fms) (Entered: 07/11/2014) |
| 07/11/2014 | 22 | ANSWERING BRIEF in Opposition re 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California filed by Sebastian Brown Productions LLC.Reply Brief due date per Local Rules is 7/21/2014. (Murphy, Regina) (Entered: 07/11/2014) |
| 07/11/2014 | 23 | DECLARATION re 22 Answering Brief in Opposition, –– *Declaration of Sean M. Douglass* –– by Sebastian Brown Productions LLC. (Murphy, Regina) (Entered: 07/11/2014) |
| 07/28/2014 | 24 | REPLY BRIEF re 13 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Improper Venue MOTION to Dismiss for Lack of Jurisdiction Over the Person MOTION to Dismiss for Insufficiency of Service of Process MOTION to Transfer Case to Northern District of California filed by Chester Aldridge, Ivory Octaves LLC, Muzooka Inc., Shawn Wilson. (Finger, David) (Entered: 07/28/2014) |
| 12/22/2014 | 25 | NOTICE of Withdrawal of Counsel by Sebastian Brown Productions LLC (Murphy, Regina) (Entered: 12/22/2014) |
| 03/30/2015 | 26 | MEMORANDUM. Signed by Judge Sue L. Robinson on 3/30/2015. (fms) (Entered: 03/30/2015) |
| 03/30/2015 | 27 | ORDER granting 13 Motion to Transfer Case to the Northern District of California. All other grounds for relief sought in D.I. 13 are denied as moot. Signed by Judge Sue L. Robinson on 3/30/2015. (fms) (Entered: 03/30/2015) |
| 04/15/2015 | Ï | Case transferred electronically to United States District Court for the Northern District of California. (fms) (Entered: 04/15/2015) |