UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MUZOOKA INC., et al.,<br><br>        Defendants. | Case No. 15-CV-01720-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for October 29, 2015, at 1:30 p.m, as required by Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, October 26, 2015, at 10 a.m.

**IT IS SO ORDERED**.

Dated: October 23, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 15-CV-01720-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT