UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MUZOOKA, INC., et al.,<br><br>            Defendants. | Case No. 15-CV-01720-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Anthony Handal
Defendant's Attorney:  Kevin Viau

    An initial case management conference was held on October 29, 2015.  A further case management conference is set for February 10, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by February 3, 2016.

    By October 30, 2015, Plaintiff Sebastian Brown Productions, LLC ("Plaintiff") shall serve initial disclosures or confirm with Defendants Muzooka, Inc., Shawn Wilson, Chester Aldridge, and Ivory Octaves, LLC (collectively, "Defendants") that Plaintiff has already served initial disclosures.

    By October 30, 2015, Defendants' attorney shall confirm with Defendants the tentative mediation date of December 8, 2015.

    The parties shall file a joint settlement status update by December 15, 2015.

1

Case No. 15-CV-01720-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | January 27, 2016 |
| Deadline to Complete Mediation | January 27, 2016 |
| Opening Expert Reports | June 17, 2016 |
| Rebuttal Expert Reports | July 15, 2016 |
| Close of Fact and Expert Discovery | August 12, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | August 25, 2016 |
| Hearing on Dispositive Motions | October 6, 2016, at 1:30 p.m. |
| Final Pretrial Conference | November 17, 2016, at 1:30 p.m. |
| Jury Trial | December 2, 2016 at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated:  October 29, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01720-LHK
CASE MANAGEMENT ORDER