# Exhibit C

900272898     11/25/2013

## TRADEMARK ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| J. Michael Miller | | 10/01/2011 | INDIVIDUAL: |

### RECEIVING PARTY DATA

| Name: | Sebastian Brown Productions, LLC |
|---|---|
| Street Address: | 635 Laurelwood Court |
| City: | Livermore |
| State/Country: | CALIFORNIA |
| Postal Code: | 94451 |
| Entity Type: | LIMITED LIABILITY COMPANY: CALIFORNIA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 85420834 | MUZOOK |

### CORRESPONDENCE DATA

Fax Number: 2036108102
Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.
Phone: 212.908.3911
Email: handaldocket@gmail.com
Correspondent Name: Anthony H. Handal
Address Line 1: 501 KINGS HIGHWAY EAST
Address Line 2: Handal & Morofsky LLC
Address Line 4: Fairfield, CONNECTICUT 06825-4867

| ATTORNEY DOCKET NUMBER: | US85420834 |
|---|---|
| NAME OF SUBMITTER: | Anthony H. Handal |
| Signature: | /Anthony H. Handal/ |
| Date: | 11/25/2013 |

Total Attachments: 1
source=Muzook Assignment 85420834 executed#page1.tif

900272898

**TRADEMARK**
**REEL: 005160 FRAME: 0719**

## TRADEMARK ASSIGNMENT

In consideration of the sum of ONE HUNDRED DOLLARS ($100.00), as well as other good and valuable consideration, the receipt and sufficiency of which are hereby mutually acknowledged, J. Michael Miller, an individual and U.S. citizen, (hereinafter "Assignor") does hereby sell, assign, convey and deliver to Sebastian Brown Productions, LLC, a California limited liability company (hereinafter "Assignee"), its successors and assigns, Assignor's entire right, title and interests in and to the trademarks identified in **Schedule A** attached hereto (the "Marks"), together with that part of Assignor's business to which the Marks pertain, which business is ongoing and existing, the goodwill of the business symbolized by the Marks, and all registrations and applications therefor, including any renewals, divisionals and extensions of the registrations or the applications that are or may be secured, now or hereafter in effect, for Assignee's own use and enjoyment, and for the use and enjoyment of Assignee's successors, assigns or other legal representatives, as fully and entirely as the same would have been held and enjoyed by the Assignor if this assignment and sale had not been made; together with all income, royalties or payments due or payable as of the effective date of this assignment or thereafter, including, without limitation, all claims for damages by reason of past, present or future infringement or other unauthorized use of the Marks, with the right to sue for, and collect the same for Assignee's own use and enjoyment and for the use and enjoyment of its successors, assigns or other legal representatives.

IN WITNESS WHEREOF, Assignor has caused this instrument to be executed as of this 1st day of October 2011.

ASSIGNORS:     J. Michael Miller

By: *[signature: J. Michael Miller]*

Name: J. Michael Miller

## Schedule A

| Trademark | U.S. Federal Trademark Registration / Application Number |
|---|---|
| Muzook | Application No. 85/420834 |