United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

SEBASTIAN BROWN PRODUCTIONS
LLC,

Plaintiff,

v.

MUZOOKA INC., et al.,

Defendants.

Case No. 15-CV-01720-LHK

**ORDER DIRECTING PARTIES TO
FILE A JOINT CASE MANAGEMENT
STATEMENT**

17  The parties have failed to file a Joint Case Management Statement 7 days in advance of the

18  Case Management Conference set for April 6, 2016, at 2:00 p.m.  *See* Civ. L.R. 16-10(d).  The

19  parties are hereby ORDERED to file one Joint Case Management Statement by Monday, April 4,

20  2016, at 10 a.m.  The Statement must "report[] progress or changes since the last statement was

21  filed and mak[e] proposals for the remainder of the case development process." *Id.*

22  **IT IS SO ORDERED**.

23  Dated: March 31, 2016

24  _Lucy H. Koh_

25  LUCY H. KOH
United States District Judge

26
27
28

1

Case No.: 15-CV-01720-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT