UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>MUZOOKA INC., et al.,<br><br>              Defendants. | Case No. 15-CV-01720-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On April 4, 2016, the parties filed a joint case management statement. ECF No. 90. Having reviewed the parties' statement, the Court hereby CONTINUES the case management conference set for April 6, 2016 to July 6, 2016, at 2:00 p.m. The parties shall file a joint case management statement by June 29, 2016. Additionally, the parties are ORDERED to file a joint settlement update within one week after participating in the Court's mediation program.

**IT IS SO ORDERED.**

Dated: April 4, 2016

_____
LUCY H. KOH
United States District Judge

1
Case No. 15-CV-01720-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE