UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS, LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>MUZOOKA, INC., et al.,<br><br>   Defendants. | Case No. 15-CV-01720-LHK<br><br>**ORDER TO FILE UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Re: Dkt. No. 99 |

On July 5, 2016, the Court granted Plaintiff Sebastian Brown Production, LLC's motion for reconsideration and ordered Plaintiff to file by July 26, 2016 a Second Amended Complaint alleging a Lanham Act claim with Plaintiff's newly presented facts. ECF No. 99.  In light of the Court's order on reconsideration, the Court ORDERS the parties to file an updated joint case management statement by 11:00 a.m. on July 6, 2016.  The parties should propose changes to the case schedule, if necessary.  The case management conference remains as set for July 6, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 5, 2016

_____
LUCY H. KOH
United States District Judge