1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   SEBASTIAN BROWN PRODUCTIONS          Case No. 15-CV-01720-LHK
     LLC,
13                                        **CASE MANAGEMENT ORDER**
                      Plaintiff,
14
              v.
15
     MUZOOKA INC.,
16
                      Defendant.
17

18   Plaintiff's Attorney: Anthony Handal
     Defendant's Attorney: Kevin Viau
19

20        A case management conference was held on July 6, 2016.  A further case management
     conference is set for **October 12, 2016, at 2:00 p.m.**[1]  The parties shall file their joint case
21   management statement by October 5, 2016.

22        The Court extended the parties' deadline to complete mediation from July 29, 2016 to
     August 29, 2016.
23

24        The Court modified the case schedule as follows:

25

26

27   ───────────────────────
     [1] This date was not scheduled during the case management conference.
28                                        1
     Case No. 15-CV-01720-LHK
     CASE MANAGEMENT ORDER

United States District Court
Northern District of California

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | November 1, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | November 15, 2016 |
| Hearing on Dispositive Motions (one per side in the entire case) | January 5, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 2, 2017, at 1:30 p.m. |
| Jury Trial | March 20, 2017, at 9:00 a.m. |
| Length of Trial | 4 days |

**IT IS SO ORDERED.**

Dated: July 6, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

Case No. 15-CV-01720-LHK
CASE MANAGEMENT ORDER