1  Anthony H. Handal (appearance Pro Hac Vice)
2  David Dushane SBN 222421
   HANDAL & MOROFSKY LLC
3  83 East Avenue, Third Floor
   Norwalk, CT 06851
4  handal@handalglobal.com

5  *Attorneys for Plaintiff*
   *Sebastian Brown Productions,*
6  *LLC.*

7
                IN THE UNITED STATES DISTRICT COURT
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
9

10  SEBASTIAN BROWN PRODUCTIONS,  )   Case No.: 5:15-CV-01720-LHK
    LLC.,                         )
11                                )
                                  )
12            Plaintiff,           )   **MOTION TO**
                                  )   **WITHDRAW**
13        -against-                )
                                  )
14  MUZOOKA INC. ET AL.,           )
                                  )
15            Defendants.          )
                                  )
16                                )
                                  )
17  _____)

18

19

20              **MOTION TO WITHDRAW**

21       PLEASE TAKE NOTICE that, on _____, 2016, at _____, or

22  as soon thereafter as the matter may be heard before the Hon. Lucy H. Koh, the

23

24  undersigned law firm Handal & Morofsky LLC and its attorneys Anthony H. Handal

25  and David Dushane (collectively "Counsel") shall and hereby do respectfully seek leave

26  of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF.

27

28
                                    1

CONDUCT 3-700, to withdraw as counsel for Plaintiff Sebastian Brown Productions, LLC.

There are irreconcilable differences between Plaintiff and its Counsel that make it impossible for Counsel to continue to prosecute this case diligently.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to LOCAL R. 11-5, Counsel ("Movant") hereby notifies the parties and the Court of their intent to withdraw as counsel for Plaintiff. Movant states the following grounds for this notice and motion:

1. Movant has represented the Plaintiff since the filing of this action.

2. Irreconcilable differences respecting the conduct of the above captioned action have arisen between Counsel and Plaintiff. Such irreconcilable differences make it impossible for Counsel to continue to prosecute this action diligently.

3. Movant's withdrawal will not cause any prejudice or significant delay in this case. The present action is at an early stage, an amended complaint having been filed in late July, 2016.

4. Plaintiff was informed of the possibility of withdrawal and subsequently told Movant that it can withdraw.

THEREFORE, Movant respectfully requests that this Court waive oral argument on this Motion, grant Counsel leave to withdraw as counsel in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

                                        Respectfully submitted,

Dated: August 18, 2016            HANDAL & MOROFSKY LLC

                                        /s/ *Anthony H. Handal*
                                        _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Anthony H. Handal (appearance Pro Hac Vice)
David Dushane
HANDAL & MOROFSKY LLC
83 East Avenue Third Floor
Norwalk, CT 06851
Telephone (917) 880-0811
handal@handalglobal.com

*Attorneys for Plaintiff*
*Sebastian Brown Productions, LLC.*

3

Case No. 5:15-cv-01720-LHK
MOTION TO WITHDRAW

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document and associated declaration on August 16, 2016, upon the following in the manner indicated:

Otto O. Lee
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, CA 95113
VIA ELECTRONIC MAIL: Kevin Viau (kviau@iplg.com); olee@iplg.com

        /s/ *Anthony H. Handal*
        Anthony H. Handal (appearance Pro Hac Vice)