UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEBASTIAN BROWN PRODUCTIONS LLC,<br><br>             Plaintiff,<br><br>    v.<br><br>MUZOOKA INC.,<br><br>             Defendant. | Case No. 15-CV-01720-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Vijay Toke
Defendant's Attorney: Kevin Viau and Bonnie Wolf

    A case management conference was held on October 13, 2016.  A further case management conference is set for January 18, 2017, at 2:00 p.m.  The parties shall file their joint case management statement by January 11, 2017.

    The parties shall file by October 18, 2016, a joint mediation status report, identifying the date of their mediation.  One week after the parties' mediation, the parties shall file a joint mediation status report, identifying the status of their case.

    The parties shall file by October 19, 2016 a stipulation that Defendant's counterclaims 2 and 3 have been mooted by this Court's October 11, 2016 order granting Defendant's motion to dismiss with prejudice.

    The length of jury trial will now be two days.  The case schedule otherwise remains as set.  For the convenience of the parties, it is provided below:

1

Case No. 15-CV-01720-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | November 1, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | November 15, 2016 |
| Hearing on Dispositive Motions (one per side in the entire case) | January 5, 2017, at 1:30 p.m. |
| Final Pretrial Conference | March 2, 2017, at 1:30 p.m. |
| Jury Trial | March 20, 2017, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: October 13, 2016

_____
LUCY H. KOH
United States District Judge